**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1667**

CAROLINE WANJIKU GITHUA,

              Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted: January 9, 2014          Decided: January 27, 2014

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

P. Mercer Cauley, THE CAULEY LAW FIRM, PLLC, Charlotte, North
Carolina, for Petitioner.  Stuart F. Delery, Assistant Attorney
General, Luis E. Perez, Senior Litigation Counsel, Linda Y.
Cheng, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caroline Wanjiku Githua, a native and citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her requests for asylum, withholding of removal and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Githua's hearing and her supporting evidence. We conclude that the record evidence does not compel a ruling contrary to the Board's dismissal and that substantial evidence supports the finding that Githua did not establish an objectively reasonable well founded fear of persecution. See 8 U.S.C. § 1252(b)(4)(B) (2012); INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED